| AO 10<br>Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2008** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br>FERNANDEZ, FERDINAND F | 2. Court or Organization<br>NINTH CIRCUIT COURT OF APPEALS | 3. Date of Report<br>3/30/09 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br>U.S. CIRCUIT JUDGE-SENIOR | 5a. Report Type (check appropriate type)<br>☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br>1/1/08 to 12/31/08 |
| 7. Chambers or Office Address<br>125 SO. GRAND AVE<br>PASADENA, CA 91105 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Fernandez_Ferdinand_F

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☒ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2008 | CHAFFEY COLLEGE |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☒ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FERNANDEZ, FERDINAND F. | 3/30/09 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. West Publishing Co | Books | $685.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FERNANDEZ, FERDINAND F. | 3/30/09 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Accts at Pomona First Fed. Bank | B | INT | K | T | | | | | |
| 2. Accts at Wells Fargo Bank | A | INT | L | T | | | | | |
| 3. Accts at JPMorgan-Chase Bank (formerly Wash Mut.) | C | INT | L | T | | | | | |
| 4. Accts at Bank of America | C | INT | M | T | | | | | |
| 5. Accts. at Downey Savings | C | INT | L | T | | | | | |
| 6. Accts at Union Bank | None | M | T | | Open | 12/18 | M | | |
| 7. Accts at Community Bank | C | INT | M | T | | | | | |
| 8. Accts at Vineyard Bank | D | INT | M | T | | | | | |
| 9. Accts at Wachovia Bank | C | INT | L | T | | | | | |
| 10. Accts. at Pacific Western Bank | C | INT | M | T | | | | | |
| 11. Accts at U.S. Bank | C | INT | M | T | | | | | |
| 12. Accts at Community Commerce Bank | C | INT | M | T | | | | | |
| 13. Acct. at Franklin Bank | C | INT | | | Close | 10/24 | L | | |
| 14. Acct at Capmark Bank | C | INT | | | Close | 1/28 | L | | |
| 15. Acct at Comerica Bank | None | L | T | | Open | 10/29 | L | | |
| 16. Acct at First Bank of Georgia | None | L | T | | Open | 1/31 | L | | |
| 17. Am Fund small Cap World c/A | A | DIV | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FERNANDEZ, FERDINAND F | 3/30/09 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Am. Fund Cap Income Builder C/A | A | DIV | K | T | Distribution from IRA | 9/8 | J | | |
| 19. Am Fund New Economy C/A | A | DIV | J | T | | | | | |
| 20. Income Fund of America C/A | A | DIV | J | T | | | | | |
| 21. Amer Cap Fund C/A | A | DIV | J | T | | | | | |
| 22. Am. Fund Balanced Fund C/A | A | DIV | J | T | | | | | |
| 23. Am Fund Cap World Growth C/A | A | DIV | K | T | | | | | |
| 24. Am Fund Euro Pacific Growth Fund C/A | A | DIV | J | T | | | | | |
| 25. Am Fund Growth Fund of Am. C/A | A | DIV | K | T | | | | | |
| 26. Am Fund Inv. Co. of Am C/A | A | DIV | J | T | | | | | |
| 27. Am Fund New World Growth Fund C/A | A | DIV | J | T | | | | | |
| 28. Washington Mut. Inv. Fund C/A | A | DIV | K | T | Distrib. from IRA | 9/8 | K | | |
| 29. Van Kempm Enterprise Fund c/A | A | DIV | J | T | Distrib from IRA | 10/13 | J | | |
| 30. Van Kempn Cap Growth Fund C/A. | A | DIV | K | T | Distrib from IRA | 10/13 | K | | |
| 31. Van Kempm Real Estate Securities Fund C/A | A | DIV | K | T | Distrib from IRA | 10/13 | K | | |
| 32. UST Bills | A | INT | K | T | | | | | |
| 33. UST Bills | A | INT | L | T | | | | | |
| 34. UST Bills | A | INT | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FERNANDEZ, FERDINAND F | 3/30/09 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. U.S. T Bills | A | INT | K | T | | | | | |
| 36. US T Bills | A | INT | K | T | | | | | |
| 37. U.S. T Bills | A | INT | K | T | | | | | |
| 38. U.S. T Bills | A | INT | K | T | | | | | |
| 39. U.S. T Bills | A | INT | K | T | | | | | |
| 40. U.S. T Bills | C | INT | N | T | | | | | |
| 41. U.S. T Bills | B | INT | L | T | | | | | |
| 42. U.S. T Bills | B | INT | L | T | | | | | |
| 43. Trust #1; Income Beneficiary (Items 44-64) | | | | | | | | | |
| 44. (a) Wells Fargo, Trustee | | | | | | | | | |
| 45. Wells Fargo Commercy (i) Trust Funds + Cash | C | Div./INT | L | T | ~~sold~~ | ~~~~ | ~~~~ | ~~~~ | |
| 46. (ii) I shares MSCI Emerging MkTs | A | DIV. | J | T | sold / Buy | 4/21 / 12/26 | J / J | B / — | |
| 47. Pimco Commod. Strategy Fund Cl 1 #45 | A | DIV | None | | sold / sold | 4/23 / 7/23 | J / J | A / B | |
| 48. (iv) Vanguard REIT VIPER | A | DIV | None | | purchase / purchase | 2/21 / 7/25 | J / J | — / — | |
| 49. " " | | | " " | | sold / sold | 4/25 / 12/26 | J / J | A / A | |
| 50. (v) I shares Tr 1-3 Treasury | A | DIV | None | | sold | 2/21 | K | A | |
| 51. (vi) Templeton Global Bond Fund #616 | A | DIV | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FERNANDEZ, FERDINAND F | 3/30/09 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52 (vii) S&P Depository Receipts | | | None | | Sold | 2/21 | J | A | |
| 53 (viii) Epoch US Large Cap. Equity Ins #4493 | A | Div | J | T | Purchase | 12/3 | J | — | |
| 54 (ix) I shares Russell 1000 Growth | A | DIV | J | T | Purchase | 12/3 | J | — | |
| 55. I shares TR Russell 1000 Index Fund (x) | A | DIV | J | T | Purchase | 12/26 | J | — | |
| 56. I shares TR Russell Midcap Index FD (xi) | A | DIV | J | T | Purchase | 12/26 | J | — | |
| 57. I shares TR Dow Jones USReal Est. Index Fd (xii) | A | DIV | J | T | Purchase | 12/26 | J | — | |
| 58 (xiii) Hussman Strategic Growth FD #601 | A | DIV | J | T | Purchase / Purchase | 2/8 / 3/20 | J / J | — / — | |
| 59. " | | | | | Purchase | 4/24 | J | — | |
| 60 (xiv) Powershares DB Commodity Index | A | DIV | J | T | Purchase | 12/26 | J | — | |
| 61 (xv) I shares MSCI EAFE | A | DIV | J | T | Purchase | 12/26 | J | — | |
| 62 (xvi) Vanguard Emerging Mkts ETF | A | DIV | None | | Purchase / Purchase | 4/25 / 7/25 | J / J | — / — | |
| 63. " | | | " | | Purchase / Sale | 10/20 / 12/26 | J / J | — / A | |
| 64 (b) Real Property in Clifton, AZ (Trustee unk) | None | | J | W | | | | | |
| 65. IRA (Items 66- ) | | | | | | | | | |
| 66. Select Notes Trust Secs LT #5 | A | INT | J | T | | | | | |
| 67. GNMA Pool Cert. | A | INT | J | T | | | | | |
| 68. Am. Fund Cap. Inc Bldr C/A | B | DIV | J | T | Partial Distrib | 9/8 | J | — | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| FERNANDEZ, FERDINAND F | 3/30/09 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Am Fund Growth Fund of Am. C/A | A | DIV | J | T | | | | | |
| 70. Am Fund Income Fund of America C/A | A | DIV | J | T | | | | | |
| 71. Van Kampen Comstock Fund C/A | A | DIV | J | T | | | | | |
| 72. Van Kampen Enterprise Fund C/A | A | DIV | J | T | Partial Distrib. | 10/13 | J | — | |
| 73. Van Kampen Cap Growth Fund (formerly Pace Fund) | A | DIV. | None | | Distrib. | 10/13 | K | — | |
| 74. Van Kampen Real Estate Securities Fund C/A | A | DIV | None | | Distrib. | 10/13 | K | — | |
| 75. Washington Mutual Invest Fund c/A | A | DIV | None | | Distrib | 9/8 | K | — | |
| 76. | | | | | | | | | |
| 77. | | | | | | | | | |
| 78. | | | | | | | | | |
| 79. | | | | | | | | | |
| 80. | | | | | | | | | |
| 81. | | | | | | | | | |
| 82. | | | | | | | | | |
| 83. | | | | | | | | | |
| 84. | | | | | | | | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FERNANDEZ, FERDINAND F | 3/30/09 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| *FERNANDEZ, FERDINAND F* | *3/30/09* |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FA███████████████████████████████████████ AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544